**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL CASE NO. 09-18-DLB-2**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**VS.**                              <u>**ORDER**</u>

**NELSON KILE MILLER**                                                    **DEFENDANT**

\* \* \* \* \* \* \*

       This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of six (6) months imprisonment, with no supervised release to follow (Doc. #67). During the final revocation hearing conducted by Magistrate Judge Atkins on November 18, 2010, Defendant admitted to violating two conditions of his supervised release.

       Defendant having waived his right to allocution (Doc. #66) and indicating that he has no objection to the R&R (Doc. #68), and the time for filing objections by the United States having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

       **IT IS ORDERED** as follows:

       1.       The Report and Recommendation (Doc. #67) is hereby **ADOPTED** as the

findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **six (6) months**, with no supervised release to follow;

5. Defendant remains subject to the conditions of his supervised release until such date that he is ordered to report to the Bureau of Prisons;

6. Defendant shall report to the institution designated by the Bureau of Prisons **not later than December 27, 2010. No extensions of this report date will be granted**; and

7. A Judgment shall be entered concurrently herewith.

This 7th day of December, 2010.

Signed By:
David L. Bunning
United States District Judge